IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JASON BROWN                                      ) | |
| ) | Civil Action No. 14-4618 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION, LLC, d/b/a TRANS ) | |
| UNION BACKROUND DATA ) | |
| SOLUTIONS ET AL. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

AND NOW, this 19th day of September 2014, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Jason Brown and Defendant RentGrow, Inc. d/b/a Yardi Resident Screening, that the time for Plaintiff to respond to Defendant's Motion to Dismiss or otherwise amend the Complaint is hereby extended from Friday, September 19, 2014 through Friday, October 3, 2014.

Respectfully Submitted,

*/s/ Gregory Gorski*
GREGORY GORSKI
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorneys for Plaintiff

*/s/ Craig R. Tractenberg*
CRAIG R. TRACTENBERG
**NIXON PEABODY LLP**
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Attorneys for Defendant
RentGrow, Inc. d/b/a Yardi Resident Screening