# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON BROWN, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO.: |
| v. | : | |
| | : | 2:14-CV-4618-CDJ |
| TRANS UNION, LLC, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 7th day of January, 2015, in light of correspondence from counsel that the above-captioned matter has been settled as to all parties, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS** pursuant to Local Rule of Civil Procedure 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II   J.
C. DARNELL JONES, II   J.